IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff | * Criminal No. 97-098(HL) |
| v. | * |
| LUIS SANTIAGO-RODRIGUEZ | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR FILING UNDER SEAL**

**TO THE HONORABLE COURT:**

**COMES NOW**, the defendant Luis Santiago-Rodríguez, through the undersigned attorney and very respectfully avers and prays as follows:

1. Attached to the instant motion is a sealed envelope containing a pleading.

2. Due to the sensitivity of the matters discussed therein, it is respectfully requested that pleading be kept under seal until further order of this court.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant the present motion as requested herein.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** that a true and a correct copy of the present motion has been made available to AUSA Timothy Henwood through delivery to Criminal Division, U.S. Attorney's Office, Chardón Tower, Suite 1201, 350 Chardón St., San Juan, Puerto Rico 00918.

United States v. Luis Santiago-Rodríguez
Criminal No. 97-098(HL)

2

    In San Juan, Puerto Rico on this 13th day of December, 2004.

*[signature]*
**ESTHER CASTRO-SCHMIDT**
**USDC/PR NO. 125905**
Capital Center Bldg. I
239 Arterial Hostos Ave.
Suite 605
San Juan, PR 00918
Tel. (787)250-1420 Fax (787)751-3286