PROB. 22
(Rev. 2/88)
Case 3:97-cr-00098-HL   Document 256   Filed 10/31/2006   Page 1 of 1

DOCKET NUMBER (Tran. Court): 97-CR-98-01 (HL)

DOCKET NUMBER (Rec. Court):

# TRANSFER OF JURISDICTION

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Luis Santiago-Rodriguez

DISTRICT: PUERTO RICO

DIVISION: U.S. PROBATION OFFICE

NAME OF SENTENCING JUDGE: Honorable Hector M. Laffitte

DATES OF PROBATION/**SUPERVISED RELEASE**: FROM 3-14-2006 TO 3-13-2011

OFFENSE: 21 USC § 846, 841(a)(1) & 18 USC §2 Aiding and abetting with others in the possession with intent to distribute cocaine, a Class "A" felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 7-11-06

[signature] United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: September 26, 2006

[signature] United States District Judge