# UNITED STATES DISTRICT COURT

*District of Puerto Rico*
*Federico Degetau Federal Bldg. - Room 150*
*Chardón Avenue*
*Hato Rey, Puerto Rico 00918-1767*

*Frances Rios de Morán, Esq*
*Clerk*

Tels.   (787) 772-3011
        (787) 772-3012
Fax    (787) 766-5693

November 1, 2006

Clarence Maddox
Clerk of Court
301 North Miami Ave.
Miami, Florida 33128

Re:    PR Case No. 3:97CR098-01 (HL)
       USA v. Luis Santiago Rodríguez

Dear Sir:

In accordance with Transfer of Jurisdiction Order filed in the above entitled case on October 31, 2006, we are transferring the case in reference to you, the Southern District of Florida. Enclosed please find the following documents:

1.   Certified copy of the Docket Sheet.
2.   Certified copy of the Indictment filed on May 14, 1997
3.   Certified copy of the Judgment filed on November 2, 1998
4.   Certified copy of the Amended Judgment filed on December 23, 2004
5.   Certified copy of the Transfer of Jurisdiction

Kindly acknowledge receipt on the enclosed copy of this letter.

Cordially,

FRANCES RIOS DE MORAN
Clerk of Court

Lida Isis Egelé
Operations Manager

Encls. (5)
s/c:   USPO Humberto Marchand